IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TITUS ONESIMUS DODD,

      Appellant,

 v.
                            Case No.  5D21-2616
                            LT Case No. 48-2017-CF-004793-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Orange County,
Bob LeBlanc, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender,  Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless,  Assistant Attorney
General,  Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, TRAVER and WOZNIAK, JJ., concur.